IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MORGAN WELCHER**                                                    **PLAINTIFF**

**v.**                                        **5:07CV00016-WRW**

**JESSE L. KEARNEY**                                          **DEFENDANT**

**JUDGMENT**

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 11th day of February, 2008.

                                                 /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE